**Form 210**[OSC for Lack of Prosecution]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Bitex, LLC<br>            Debtor(s).<br><br>Philip G. Jones,<br>            Plaintiff(s),<br><br>    v.<br><br>James Niu,<br>et al.<br>           Defendant(s). | Case No. 20–24133 JTM<br>Chapter 7<br><br><br><br><br><br>Adv. Proc. No. 22–02064 |

## ORDER TO SHOW CAUSE WHY PROCEEDING SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

The Court hereby orders the parties to show cause why this proceeding should not be dismissed for lack of prosecution. Failure to file a written response by August 14, 2023 shall result in dismissal of this proceeding without further notice or hearing.

Dated and Entered on: July 25, 2023

*/s/ T Marker*

United States Bankruptcy Judge   ()