**Form 210**[OSC for Lack of Prosecution]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Bitex, LLC<br>        Debtor(s).<br><br>Philip G. Jones,<br>        Plaintiff(s),<br><br>    v.<br><br>James Niu,<br>et al.<br>        Defendant(s). | Case No. 20−24133 JTM<br>Chapter 7<br><br><br><br>Adv. Proc. No. 22−02064 |

## ORDER TO SHOW CAUSE WHY PROCEEDING SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

The Court hereby orders the parties to show cause why this proceeding should not be dismissed for lack of prosecution. Failure to file a written response by August 14, 2023 shall result in dismissal of this proceeding without further notice or hearing.

Dated and Entered on: July 25, 2023

*/s/ T Marker*

United States Bankruptcy Judge ()

Jones,
    Plaintiff

Niu,
    Defendant

Adv. Proc. No. 22-02064-JTM

# CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: f210 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | James Niu, c/o Kathy Nester, 50 West Broadway, Suite 300, Salt Lake City, UT 84101-2044 |
| dft | + | Lupe Naka Niu, c/o Kathy Nester, 50 West Broadway, Suite 300, Salt Lake City, UT 84101-2044 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George B. Hofmann | on behalf of Plaintiff Philip G. Jones ghofmann@ck.law  mparks@ck.law;apetersen@ck.law |
| Jeffrey L. Trousdale | on behalf of Plaintiff Philip G. Jones jtrousdale@cohnekinghorn.com  mparks@ck.law;apetersen@ck.law |

TOTAL: 2