George Hofmann (10005)
Jeffrey Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>BITEX LLC,<br><br>Debtor. | Bankruptcy No. 20-24133 (JTM)<br><br>Chapter 7 |
| PHILIP G. JONES, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of BITEX, LLC,<br><br>Plaintiff,<br><br>JAMES NIU a/k/a JAMES WOLFGRAMM a/k/a JAMES NIU WOLFGRAMM and LUPE NAKA NIU,<br><br>Defendants. | Adv. Pro. No. 22-02064<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING** |

Based upon the motion filed by Plaintiff, Philip G. Jones, trustee of the chapter 7 estate of the above-referenced bankruptcy estate (the "Plaintiff"), and with good cause appearing, it is hereby

**ORDERED**, that this adversary proceeding is dismissed.

--END OF ORDER--

## **DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **George B. Hofmann**　ghofmann@ck.law, mparks@ck.law;apetersen@ck.law
- **Jeffrey L. Trousdale**　jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

None

/s/ Jeffrey Trousdale